**Thomas P. YOUNG, Petitioner–Appellant**

v.

**M. Travis BRAGG, Warden, Respondent–Appellee.**

**No. 10–50448**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 19, 2011.

Thomas P. Young, Anthony, NM, pro se.

Magdalena Gurany Jara, Assistant U.S. Attorney, U.S. Attorney's Office, El Paso, TX, for Respondent–Appellee.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Thomas Patrick Young, federal prisoner # 15382–075, is serving a 180–month aggregate sentence for conspiracy to possess with intent to distribute a Schedule II controlled substance, money laundering, and being a felon in possession of a weapon. He appeals the dismissal of his 28 U.S.C. § 2241 petition challenging the regulations used by the Bureau of Prisons (BOP) to determine an inmate's eligibility date for transfer to a residential reentry center.

"This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). Young's appeal was rendered moot by his pre-release transfer to a residential reentry center, and we therefore lack jurisdiction to consider it. *In re Scruggs*, 392 F.3d 124, 128 (5th Cir.2004). Young's motion to expedite the appeal is likewise DENIED as moot.

APPEAL DISMISSED; MOTION DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.